# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32715 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Richard H. LINDNER** | ) | |
| **Airman Basic (E-1)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 8 February 2022, Appellant submitted a Motion to Withdraw from Appellate Review and a request to attach document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 7 February 2022 and 4 February 2022, respectfully. The Government did not submit any opposition.

Accordingly, it is by the court on this 11th day of February, 2022,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

FLEMING E. KEEFE, Capt, USAF
Acting Deputy Clerk of Court